612

417 A.2d 757

Commonwealth v. Hook, Appellant.

Submitted March 12, 1979. Robert B. Evanick, Assistant Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

417 A.2d 758

Commonwealth v. Hughes, Appellant.

 Submitted March 31, 1978. Monroe W. Gibbs, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.